# Exhibit B

## TYPE OF OFFENSE
Robbery-Jewelry Store

## LOCATION
Ben Bridge Jewelers-Park Meadows Mall

## SUSPECT
Unknown-Three African American Males

## DESCRIPTION

**AGES: 25-30**     **HGT: 5'08" to 6'03"**   **ETHNIC: African American**

**WGT:     150-215**      **HAIR: Brown     EYES: Brown**

## NARRATIVE

LONE TREE, CO – On July 18, 2014 at approximately 8:45 pm, The Lone Tree Police Department responded to a report of a robbery at Ben Bridge Jewelers in the Park Meadows Mall. It was reported that three males entered the store, used 4 pound sledgehammers to break through several display cases and removed approximately 17 Rolex watches. The males then left the mall, exiting through the Dicks Sporting Goods store.

Witnesses observed the males getting into a silver Jeep Liberty and leave the area in an unknown direction. The vehicle was reported stolen minutes later. Vehicle was later located at a nearby hotel parking lot (damaged).

**DETECTIVE: HASTINGS**          **DATE: 07/18/2014**          **CASE#**
**PHONE: 720-509-1190**

IF ANY INFORMATION CAN BE SUPPLIED, CONTACT THE LISTED DETECTIVE OR THE LONE TREE POLICE DEPARTMENT.

# TYPE OF OFFENSE UPDATE
Robbery-Jewelry Store

# LOCATION
Ben Bridge Jewelers-Park Meadows Mall

# SUSPECT
Unknown-Person of Interest

# DESCRIPTION

AGES: 25-30    HGT: 5'08" to 6'03"    ETHNIC: African American

WGT:    150-215    HAIR: Brown    EYES: Brown

# NARRATIVE

LONE TREE, CO – Update to the robbery that occurred at the Park Meadows Mall Ben Bridge Jewelers store on July 18, 2014 at 8:45 pm. A suspect from the robbery (white t-shirt) and an unknown person of interest (brown t-shirt) had been in the jewelry store on July 17, 2014 at approximately 2050 hours. The suspect momentarily looked at the Rolex display cases as the other subject spent a majority of his time on his phone. When contacted by a sales associate, the suspect stated that he was looking for diamond earrings for his 8 year old daughter. The males left the store without making a purchase.

During their time in the store, the two males appeared to be evaluating the store's layout and camera locations. The males were unsteady on their feet, moving back and forth from foot to foot.

DETECTIVE: **HASTINGS**    DATE: **07/18/2014**    CASE#
PHONE: **720-509-1190**

IF ANY INFORMATION CAN BE SUPPLIED, CONTACT THE LISTED DETECTIVE OR THE LONE TREE POLICE DEPARTMENT.



# LONE TREE POLICE DEPARTMENT
## Investigations Unit

### INTELLIGENCE INFORMATION
Colorado Crime Stoppers Bulletin

**CLASSIFICATION:** General Release
**DATE:** 7/24/2014
**SUBJECT:** Robbery Intel-Request to Identify ***UPDATE***








2014 photo

 

2014 photo



2014 photo







From Jeff